misconduct, the issues upon the charges made by this court were referred to a Justice of the Supreme Court for hearing and report together with his recommendation. The Justice has filed his report in which he finds respondent guilty of the charges and recommends that he be suspended from practice. Motion is now made to confirm the report. The motion is granted except with respect to the degree of discipline recommended. Under all the circumstances, we conclude that a suspension of six months is warranted. Accordingly, the respondent is suspended from practice for a period of six months. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) In the Matter of GENE HOWARD. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. (B) In the Matter of ISRAEL SLOCHOWSKY. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. (C) In the Matter of JACK STERNGASS. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.— [In each proceeding] Upon the report of the Committee on Character and Fitness, to whom this application had been referred for investigation, the application is granted; the applicant is reinstated as a member of the Bar.

■ In the Matter of ELESANO TROIANI, Appellant, v. PAUL LIVOTI, as County Clerk of Queens County, Respondent.— Motion by appellant for reconsideration of his motion for leave to appeal as a poor person, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ PHILIP A. MANZO, Respondent, v. EAGLE DELIVERY TRUCK RENTING Co., INC., et al., Appellants.— Motion by appellants for a stay of assessment of damages, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ JOSEPH K. ROWE, Respondent, v. ALEXANDER E. LEVINE, Appellant.— Motion by appellant for a stay of his examination before trial, pending appeal, granted. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY P. BRYANT, Appellant.— Motion by appellant to direct court reporter to furnish the typewritten minutes of the trial to enable appellant to prosecute his appeal. In view of the statement by the District Attorney that the court reporter expects to furnish the minutes by August 1, 1961, the motion is denied. Such denial, however, is without prejudice to an application in the Supreme Court for a mandamus order against the court reporter in the event that the transcript be not furnished by August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RODNEY NORELL BYRNES, Appellant.— Motion by appellant for reconsideration of his motion for assignment of counsel, granted. On reconsideration, motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Cross motion by respondent to dismiss appeal denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK EGITTO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one

copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM FERRARI, Appellant. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE LESTER, Appellant. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.— [In each action] Motion by respondent to dismiss appeal granted; appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS L. KEARSE, Appellant.— Motion by appellant to vacate order dated January 5, 1959, dismissing his appeal from a judgment of conviction, granted; order vacated. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD S. LEVY, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING ROBERTSON, Appellant.— Motion by appellant to vacate order dated March 9, 1959, dismissing his appeal from a judgment of conviction, granted; order vacated. Motion by appellant to dispense with printing on his appeal from said judgment and on his appeal from an order denying, after a hearing, his *coram nobis* application, granted. The appeals will be heard together, on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinions, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeals is enlarged to the October Term, beginning October 2, 1961; appeals ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as